UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKY WARE BEY,<br><br>                    Plaintiff,<br><br>      -against-<br><br>MAYOR ERIC ADAMS, CITY OF NEW YORK; COMMISSIONER LYNELLE MAGINLEY-LIDDIE, NEW YORK CITY DEPARTMENT OF CORRECTIONS; NEW YORK CITY DEPARTMENT OF CORRECTIONS; MELANIE WHINNERY, EXECUTIVE DIRECTOR AND HER SUCCESSORS NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM; NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM; JOHN DOE 1-1000; JANE DOE 1-1000; THE CITY OF NEW YORK, A CORPORATION,<br><br>                    Defendants. | 26-CV-0967 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, under the Court's federal question jurisdiction, alleging that Defendants violated her rights under federal and state law. The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendants containing the same allegations. That case is presently pending in this court under docket number 26-CV-0914 (LTS). Plaintiffs generally have no right to maintain multiple actions "involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008) (internal quotation marks omitted). District courts thus have discretion to dismiss a later-filed action that is duplicative of proceedings already before it. *Id.*; *see also Humphrey v. Ct. Clerk ex rel. U.S. Sup.*

*Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3 (N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C. § 1915(e)").

As this complaint raises the same claims as the previously filed complaint, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 26-CV-0914 (LTS).

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of No. 26-CV-0914 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 6, 2026
       New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2